The judgments are affirmed in accordance with Rules 84.16(b) and 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Timothy JONES, Defendant/Appellant.

Timothy JONES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 65014, 67225.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 11, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., AHRENS, P.J., and KAROHL, J.

PER CURIAM.

A jury found defendant guilty of first degree robbery, § 569.020, RSMo 1994. The trial court sentenced him to thirty years imprisonment as a prior and persistent offender under § 558.016, RSMo 1994. Defendant appeals this judgment and the denial of his Rule 29.15 motion.

Julie MAUL, A Minor, b/n/f Patricia Maul, Appellant,

v.

BI–STATE DEVELOPMENT AGENCY, Respondent.

No. 67334.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 11, 1995.

James C. Ochs, Schwartz & Ochs, St. Louis, for appellant.

James E. Whaley and Kenneth M. Burke, Brown & James, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

ORDER

PER CURIAM.

Plaintiff, Julie Maul, appeals the trial court's grant of summary judgment in favor of defendant, Bi–State Development Agency, in an action for personal injuries she sustained when struck by an automobile after disembarking from defendant's bus.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, set-

ting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).